|   |   |
|---|---|
| MATTHEW ALAN LAWRIE, | 1:11-cv-01822-GSA-PC |
| Plaintiff, | ORDER TO SHOW CAUSE WHY APPLICATIONS TO PROCEED |
| vs. | IN FORMA PAUPERIS SHOULD NOT BE DENIED |
| KATHLEEN ALLISON, et al., | (Docs. 2, 8.) |
| Defendants. | ORDER FOR PLAINTIFF TO RESPOND WITHIN THIRTY DAYS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

## I.  BACKGROUND

Matthew Alan Lawrie ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on November 1, 2011. (Doc. 1.) On November 8, 2011, Plaintiff consented to Magistrate Judge jurisdiction in this action, and no other parties have made an appearance. (Doc. 7.) Therefore, pursuant to Appendix A(k)(4) of the Local Rules of the Eastern District of California, the undersigned shall conduct any and all proceedings in the case until such time as reassignment to a District Judge is required. Local Rule Appendix A(k)(3).

Plaintiff filed two applications to proceed in forma pauperis pursuant to 28 U.S.C. § 1915, on November 1, 2011 and December 6, 2011. (Docs. 2, 8.) Examination of Plaintiff's applications reveals

1

that Plaintiff is able to afford the costs of this action. Specifically, Plaintiff declares under penalty of perjury that he has more than one million dollars in IRA accounts at Merrill Lynch. However, Plaintiff also declares, without further explanation, that Merrill Lynch refuses to release funds to him. Application, Doc. 8 at 2.

**II.    ORDER TO SHOW CAUSE**

Plaintiff is required to show cause why his applications to proceed in forma pauperis should not be denied.

Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty days from the date of service of this order, Plaintiff shall file a written response to the Court, showing cause why his applications to proceed in forma pauperis should not be denied; and

2. Plaintiff's failure to comply with this order will result in the dismissal of this action.

IT IS SO ORDERED.

Dated:   **December 8, 2011**              /s/ **Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE

2